No. 83–436. REGAN, SECRETARY OF THE TREASURY, ET AL. *v.* WALD ET AL., 468 U. S. 222. Petition for rehearing denied.

No. 83–297. ARMCO INC. *v.* HARDESTY, TAX COMMISSIONER OF WEST VIRGINIA, 467 U. S. 638. Petition for rehearing denied. JUSTICE POWELL would grant this petition.

OCTOBER 10, 1984

No. 84–428. KEMPER *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 53.